# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments only:
P.O Box 1918
Memphis, TN 38101-1918

July 6, 2012

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

**RECEIVED & FILED**

**JUL 09 2012**

Re:  10-14167       Janeene Strother & Donald Strother

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

To Whom It May Concern:

Enclosed please find check #821601 in the amount of $1390.69. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

|  |  |
|---|---|
| Claim No. | 1 |
| Account# | 2728 |
| Creditor | GE Money Bank<br>c/o B-Line LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli