# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| In re | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| Janeene & Donald Strother | ) | |
| | ) | Case No. 10-14167 |
| | ) | |
| | ) | Chapter 7 |
| Social Security No(s). J: xxx-xx-3787 D: xxx-xx-6195 and all | ) ) | |
| Employer's Tax Identification No(s). *[if any]* | ) ) | |

## ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of $1,390.69 is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy Clerk pay this unclaimed money to the order of:

GE Money Bank
_____
(Name of Claimant)

C/o Dilks & Knopik, LLC
_____
(Attorney-in-Fact)

PO Box 2728
_____
(Address of Attorney-in-Fact)

Issaquah, WA 98027
_____
(Address of Attorney-in-Fact)

xxx-xx-6737
_____
(Tax Identification Number of Creditor)

74-3049851
_____
(Tax ID Number of Attorney-in Fact)

*RECEIVED & FILED*
*NOV. 27 2012*
*OFFICE OF THE BANKRUPTCY CLERK*
*ALBANY, NY*

_____
United States Bankruptcy Court Judge

At Albany, NY
Date: 11/27/12

F:69(10/25/2001)A

