UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re

Janeene & Donald Strother                                          Case No. 10-14167
                                                                                    Chapter 7
                                  Debtor
-----------------------------------------------------------

Hon. Robert E. Littlefield, Jr., U.S. Bankruptcy Judge

## ORDER VACATING ORDER

On November 27, 2012 an Order was entered approving the Application for Payment of Unclaimed Funds to GE Money Bank. Subsequent to the entry of the Order, but prior to payment of the unclaimed funds, it appears GE Money Bank transferred it claim(s). (ECF No. 100 & 101).

NOW, after due deliberation, it is hereby

ORDERED, that the Order entered November 27, 2012 (ECF No. 98) be and hereby is vacated.

Dated: 4/23/13

---------------------------------
Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Judge

vacatedischarge

RECEIVED & FILED
APR 23 2013
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY